UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-0102**

Case Title: **In re: Trivest Partners LP; TGIF Power Home Investor, LLC**

List all clients you represent in this appeal:

**Trivest Partners L.P.; TGIF Power Home Investor, LLC**

☐ Appellant    ☒ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor               (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Brian D. Schmalzbach**    Signature: s/ **Brian D. Schmalzbach**

Firm Name: **McGuireWoods LLP**

Business Address: **Gateway Plaza, 800 East Canal Street**

City/State/Zip: **Richmond, VA 23219**

Telephone Number (Area Code): **(804) 775-4746**

Email Address: **bschmalzbach@mcguirewoods.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, I electronically filed the foregoing document using the appellate CM/ECF system, which will serve counsel of record. I further certify that on the same day, I sent a copy of the foregoing document via U.S. Mail to the addresses below:

> Nathan J. Fink
> FINK BRESSACK
> 38500 Woodward Ave, Suite 350
> Bloomfield Hills, MI 48304
> nfink@finkbressack.com
>
> Katie L. Howayeck
> DARROWEVERETT LLP
> One Turks Head Place, Suite 1200
> Providence, RI 02903
> khowayeck@darroweverett.com
>
> *Attorneys for Defendant*
> *William Jayson Waller*

**MCGUIREWOODS LLP**

*/s/ Brian D. Schmalzbach*
*Counsel for Defendants-Petitioners*