# AMENDED CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically filed this Petition for Permission to Appeal with the Clerk of this Court using the appellate CM/ECF system. I further certify that on the same day, I caused true and correct copies of this Petition, with attachments, to be served by email and overnight mail at these addresses:

| | |
|---|---|
| Nicholas A. Coulson<br>Matthew Z. Robb<br>LIDDLE SHEETS COULSON P.C.<br>975 East Jefferson Avenue<br>Detroit, MI 48207<br>ncoulson@lsccounsel.com<br>mrobb@lsccounsel.com<br><br>*Attorneys for Plaintiffs-Respondents* | Nathan J. Fink<br>FINK BRESSACK<br>38500 Woodward Ave, Suite 350<br>Bloomfield Hills, MI 48304<br>nfink@finkbressack.com<br><br>Katie L. Howayeck<br>DARROWEVERETT LLP<br>One Turks Head Place, Suite 1200<br>Providence, RI 02903<br>khowayeck@darroweverett.com<br><br>*Attorneys for Defendant*<br>*William Jayson Waller* |

**MCGUIREWOODS LLP**

*/s/ Brian D. Schmalzbach*
*Counsel for Defendants-Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, I electronically filed the foregoing document using the appellate CM/ECF system, which will serve counsel of record. I further certify that on the same day, I sent a copy of the foregoing document via U.S. Mail to the addresses below:

> Nathan J. Fink
> FINK BRESSACK
> 38500 Woodward Ave, Suite 350
> Bloomfield Hills, MI 48304
> nfink@finkbressack.com
>
> Katie L. Howayeck
> DARROWEVERETT LLP
> One Turks Head Place, Suite 1200
> Providence, RI 02903
> khowayeck@darroweverett.com
>
> *Attorneys for Defendant*
> *William Jayson Waller*

MCGUIREWOODS LLP

*/s/ Brian D. Schmalzbach*
*Counsel for Defendants-Petitioners*