# No. 24-0102

In the

# United States Court of Appeals
## For the Sixth Circuit

---

AARON HALL, KATHERINE GLOD, and JEFFREY BINDER, on behalf of themselves and all others similarly situated,

*Plaintiffs-Respondents*,

v.

TRIVEST PARTNERS L.P. and TGIF POWER HOME INVESTOR, LLC,

*Defendants-Petitioners*,

and

WILLIAM JAYSON WALLER,

*Defendant*.

---

From the United States District Court for the Eastern District of Michigan
Case No. 4:22-cv-12743
(The Honorable F. Kay Behm)

---

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL UNDER 28 U.S.C. § 1292(b)**

---

Brian D. Schmalzbach
R. Trent Taylor
Frank Talbott V
**McGuireWoods LLP**
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4746

*Counsel for Defendants-Petitioners*

## MOTION FOR LEAVE TO FILE REPLY

This Petition for Permission to Appeal under 28 U.S.C. § 1292(b) asks this Court to resolve an undisputedly important and open question of pure statutory interpretation that the parties agree has divided federal courts: must plaintiffs invoking nationwide jurisdiction under civil RICO's "ends of justice" exception, 18 U.S.C. § 1965(b), show that no district court would have jurisdiction over all defendants? The district court joined the wrong side of the split and excused Plaintiffs from showing that RICO's exception for nationwide jurisdiction is actually needed here. But it correctly certified its order denying Petitioners' Rule 12(b)(2) motion to dismiss for interlocutory appeal because all the requirements of § 1292(b) are met here, as the Petition explains.

Plaintiffs' Answer raises three issues that warrant clarification in the short reply accompanying this motion. First, Plaintiffs deny that the threshold jurisdictional issue is a "controlling question of law" that "may materially advance the ultimate termination of the litigation" because (in Plaintiffs' view) the remedy for lack of jurisdiction here is only transfer—not dismissal. But Plaintiffs are wrong, and offer no precedent for that conclusion. Second, Plaintiffs insist that because transfer is the only remedy,

1

§ 1292(b) review is forbidden. Plaintiffs are again wrong, and Circuit precedent contradicts the Answer. Third, Plaintiffs deny that the disputed question is presented here since (they say) there is no forum with jurisdiction over all Defendants. But Florida has jurisdiction over all Defendants on Plaintiffs' own theory, and this brief reply is warranted to rebut a contention that Plaintiffs never raised below.

Petitioners requested Plaintiffs' position on this motion by email on March 14, 2024, but did not receive a response as of the time of filing.

Dated: March 15, 2024                    Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach
R. Trent Taylor
Frank Talbott V
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4746
Facsimile: (804) 698-2304
bschmalzbach@mcguirewoods.com

*Counsel for Defendants-Petitioners*

2

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the length limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 286 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14 point size.

Dated:  March 15, 2024                                  **MCGUIREWOODS LLP**

                                                        */s/ Brian D. Schmalzbach*
                                                        *Counsel for Defendants-Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, I electronically filed this motion with the Clerk of this Court using the appellate CM/ECF system, which will also serve counsel of record. I further certify that on the same day, I sent a copy of the foregoing document via U.S. Mail to the addresses below:

> Nathan J. Fink
> FINK BRESSACK
> 38500 Woodward Ave, Suite 350
> Bloomfield Hills, MI 48304
> nfink@finkbressack.com
>
> Katie L. Howayeck
> DARROWEVERETT LLP
> One Turks Head Place, Suite 1200
> Providence, RI 02903
> khowayeck@darroweverett.com
>
> *Attorneys for Defendant*
> *William Jayson Waller*

                                                         **MCGUIREWOODS LLP**

                                                        */s/ Brian D. Schmalzbach*
                                                        *Counsel for Defendants-Petitioners*